FILED'08 SEP 23 16:27USDC-ORP

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DIANE ENGLISH,

    Plaintiff,

                                  Civil No. 07-870-HA

v.

                                  JUDGMENT

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

Based on the record,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision denying plaintiff's application for benefits is AFFIRMED.

Dated this __23__ day of September, 2008.

                                                            /s/ Ancer L. Haggerty
                                                            United States District Judge